■ In the Matter of the Claim of KATHERINE ROSE, Appellant. COMMISSIONER OF LABOR, Respondent. [18 NYS3d 896]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 8, 2014, which ruled that claimant's request for a hearing was untimely.

Decision affirmed. No opinion.

Peters, P.J., Garry, Egan Jr. and Lynch, JJ., concur. Ordered that the decision is affirmed, without costs.